```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| WILLIAM ZANES, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FLAGSHIP RESORT DEVELOPMENT, LLC, t/a and/or d/b/a FANTA SEA RESORTS, FANTA SEA RESORTS, and JOHN DOES 1-5, and 6-10,<br><br>　　　　Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 09-3736<br>(JEI/JS)<br><br>**ORDER** |

**APPEARANCES:**

COSTELLO & MAINS, P.C.
By: Deborah L. Mains, Esq.
18000 Horizon Way, Suite 800
Mount Laurel, New Jersey 08054
　　　Counsel for Plaintiffs

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
By: Russell Lichtenstein, Esq.
　　Alison Tomljenovic, Esq.
125 Atlantic Ave, 3rd Floor
Atlantic City, New Jersey 08401
　　　Counsel for Defendants

**IRENAS**, Senior District Judge:

　　　This matter having appeared before the Court upon Judge Schneider's Report and Recommendation (Dkt. No. 141) on the Defendant's Motion to Dismiss (Dkt. No. 99); the Court having reviewed Judge Schneider's Report and Recommendation; and no objections having been submitted by the parties; and for good cause appearing;

　　　**IT IS** on this   22nd   day of February, 2012,

**ORDERED THAT:**

1. The Report and Recommendation of Judge Schneider (Dkt. No. 141) is hereby **ADOPTED**.

2. Defendant's Motion to Dismiss the claims of Plaintiffs AStick, Alston, Malter and Moore (Dkt. No. 99) is hereby **GRANTED**.

3. Defendant's Motion for attorneys fees and costs is hereby **DENIED**.

                                                s/Joseph E. Irenas
                                        **JOSEPH E. IRENAS, S.U.S.D.J.**